**CV16-07173**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA COLLADO, MARINO LALANE, JOSE
COLLADO, DELMIRA BAEZ, CARMEN LOPEZ

Plaintiff

-vs-

946 BUSHWICK AVENUE LLC, SAFEGUARD
REALTY MGMT, INC., GRAHAM JONES, and
BENJAMIN SOPKIN

Defendant(s)

FILED
CLERK
2016 DEC 30 AM 8:43
U.S. ___
EASTERN DISTRICT
OF NEW YORK

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

GLASSER, J.

BLOOM, M.J.

I, __Delmira Baez__, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    __N/A__

2. If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    __Social Security__

    a) Are you receiving any public benefits?   ☒ No   ☐ Yes, $ _____
    b) Do you receive any income from any other source?   ☐ No   ☒ Yes, $ __1,068__

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   NO

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   _____

7. Do you pay for rent or for a mortgage? If so, how much each month?

   RENT $433.44 per month

8. State any special financial circumstances which the Court should consider.

   N/A

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 12/30/16               _____
                                      (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA COLLADO, MARINO LALANE, JOSE
COLLADO, DELMIRA BAEZ, CARMEN LOPEZ

                                        Plaintiff
                          -vs-

946 BUSHWICK AVENUE LLC, SAFEGUARD
REALTY MGMT, INC., GRAHAM JONES, and
BENJAMIN SOPKIN

                                  Defendant(s)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, _Carmen Lopez_, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   a) Board of Education
   1300 Greene Avenue Brooklyn NY 11237
   b) $1,068.56/month

2. If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Husband's social security

    a) Are you receiving any public benefits? ☒ No ☐ Yes, $ _____
    b) Do you receive any income from any other source? ☐ No ☒ Yes, $ 1000.00

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   Approximately $1000.00 per month in checking.

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   N/A

7. Do you pay for rent or for a mortgage? If so, how much each month?

   RENT $945.75 per month.

8. State any special financial circumstances which the Court should consider.

   _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  12/30/16                                  _____
                                                         (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA COLLADO, MARINO LALANE, JOSE
COLLADO, DELMIRA BAEZ, CARMEN LOPEZ

                                  Plaintiff
-vs-

946 BUSHWICK AVENUE LLC, SAFEGUARD
REALTY MGMT, INC., GRAHAM JONES, and
BENJAMIN SOPKIN

                                Defendant(s)

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

I, _Marino Lalane_, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _N/A_

2. If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _SSI_

    a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $ _____
    b) Do you receive any income from any other source?  ☐ No  ☒ Yes, $ _741.00_

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   __NO__

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   __N/A__

7. Do you pay for rent or for a mortgage? If so, how much each month?

   RENT __$790.10 per month.__

8. State any special financial circumstances which the Court should consider.

   _____

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: __12/30/16__                     _Marino Falane_
                                              (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---

MARIA COLLADO, MARINO LALANE, JOSE
COLLADO, DELMIRA BAEZ, CARMEN LOPEZ

                              Plaintiff
                   -vs-

946 BUSHWICK AVENUE LLC, SAFEGUARD
REALTY MGMT, INC., GRAHAM JONES, and
BENJAMIN SOPKIN

                            Defendant(s)

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

---

I, __Jose Collado__, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __N/A__

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   __Social Security__
   a) Are you receiving any public benefits?   ☒ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?   ☐ No  ☒ Yes, $ __840.00__

4. Do you have any money, including any money in a checking or savings account? If so, how much?

NO

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

I give my daughter approximately $130 per month as allowance.

7. Do you pay for rent or for a mortgage? If so, how much each month?

RENT $912.00

8. State any special financial circumstances which the Court should consider.

N/A

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 12/30/16                                          _____
                                                                              (signature)

rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA COLLADO, MARINO LALANE, JOSE
COLLADO, DELMIRA BAEZ, CARMEN LOPEZ

                          Plaintiff
-vs-

946 BUSHWICK AVENUE LLC, SAFEGUARD
REALTY MGMT, INC., GRAHAM JONES, and
BENJAMIN SOPKIN

                          Defendant(s)

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _____Maria Collado_____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _N/A_

2. If you are **NOT PRESENTLY EMPLOYED**:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   _Social Security_
   a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $ ____
   b) Do you receive any income from any other source?  ☐ No  ☒ Yes, $ 121.00

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    NO

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No  ☐ Yes, _____

6.  List the person(s) that you pay money to support and the amount you pay each month.

7.  Do you pay for rent or for a mortgage? If so, how much each month?

    RENT $657.58 per month

8.  State any special financial circumstances which the Court should consider.

    N/A

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 12/30/16            *Maria Callado*
                                (signature)

rev. 7/2002