Exhibit A




**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## DOB Violation Display for 090216E9027/586030

Premises: 942 BUSHWICK AVENUE BROOKLYN

BIN: 3075292   Block: 3294   Lot: 16

Violation Category:   V - DOB VIOLATION - ACTIVE

| | |
|---|---|
| Issue Date: | 09/02/2016 |
| Violation Type: | E - ELEVATOR |
| Violation Number: | 9027/586030 |
| ECB No.: | |
| Infraction Codes: | |
| Description: | |

Device No.:   3P1365

Disposition:
Code:                      Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.