Exhibit K

# Consolidated Elevator

5-48 50th Avenue
Long Island City, NY  11101
Phone:  (718) 784-0560
Fax:      (718) 786-7976

| CUSTOMER | DATE | INVOICE # |
|---|---|---|
| GRJ LLC | 9/26/2016 | 5008654 |

# INVOICE

**Bill To:** GRJ, LLC
Graham Jones
156 Fifth Avenue - 4 Fl
New York, NY  10010

Acct #: MOD- 946 Bushwick Ave.
Customer #: GRJ LLC
Device #: MULTIPLE DEVICES
Proposal Number - 0012832

| Description |
|---|
| MODERNIZATION PROPOSAL NO. 0012832 |
| DEVICE NO. 3P1365 |
| INSTALLMENT NO. 1 - 15% DUE UPON SIGNING: $27,615.00 |
| TOTAL PROPOSAL PRICE: $184,100.00 |

Terms    NET 30

| | |
|---|---|
| Invoice Amount | $27,615.00 |
| Tax | $0.00 |
| Credits | $0.00 |
| Balance Due | $27,615.00 |

Please Detach and send with your payment

Cust #  GRJ LLC
Acct #  MOD- 946 Bushwick Ave.
Invoice #  5008654
Invoice Total:  $27,615.00
Credits:  $0.00

**Balance Due:  $27,615.00**

**Consolidated Elevator**
5-48 50th Avenue
Long Island City, NY  11101

| Amount Paid Proposal 9/26/2016 | |
|---|---|

Proposal Number - 0012832