# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MARIA COLLADO, et al., <br> *Plaintiff* <br> v. <br> 946 BUSHWICK AVENUE, LLC, et al. <br> *Defendant* | ) <br> ) <br> )    Case No.   CV 16-07173 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

946 BUSHWICK AVENUE, LLC, SAFEGUARD REALTY MGNT, INC., GRAHAM JONES, BENJAMIN SOI .

Date:    01/12/2017

                                               *Attorney's signature*

                                               David S. Lee (DL 7062) <br>
                                               *Printed name and bar number*

                                        Heiberger & Associates, P.C. <br>
                                        589 8th Avenue, 10th floor <br>
                                              New York, NY 10018

                                                       *Address*

                                               dlee@heibergerlaw.com <br>
                                               *E-mail address*

                                                (212) 532-0500 <br>
                                               *Telephone number*

                                               (646) 378-4891 <br>
                                                  *FAX number*